DOUGLAS K. WOOD (State Bar No. 121804)
ANDREA BEDNAROVA (State Bar No. 250709)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501

Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation; and DOES 1 THROUGH 50, all inclusive,<br><br>Defendants. | Case No.  1:08-CV-01171-OWW-DLB<br><br>**STIPULATION TO CONTINUE NON-EXPERT DISCOVERY RELATED DATES ORDER** |

TO THE HONORABLE OLIVER W. WANGER, U.S. DISTRICT COURT JUDGE:

### STIPULATION

WHEREAS, Plaintiff STATE GENERAL INSURANCE COMPANY ("STATE FARM") and Defendant, SUNBEAM PRODUCTS., INC. ("SUNBEAM") desire to continue the non-expert discovery-related dates on the following grounds:

1. Counsel for both parties are diligently pursuing written discovery and have noticed certain depositions.

2. Given the complexity of the matter, both parties require additional time to complete non-expert related discovery.

3. This would be the first extension of discovery related dates in this action.

STIPULATION TO CONTINUE NON-EXPERT RELATED DISCOVERY DATES; [PROPOSED] ORDER   -   CASE NO. 1:08-CV-01171-OWW-DLB            -1-

PDF created with pdfFactory trial version www.pdffactory.com

1    NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff
2 STATE FARM and Defendant SUNBEAM hereby stipulate to the following:
3    1.    The non-expert discovery cut-off is continued to September 15, 2009;
4    2.    All other related dates remain unchanged.

Respectfully submitted,

DATED: June___, 2009            **RUDLOFF WOOD & BARROWS LLP**

By: _____
    Douglas K. Wood

Attorneys for Plaintiff STATE FARM GENERAL
INSURANCE COMPANY

DATED: June___, 2009            **ERICKSEN ARBUTHNOT KILDUFF**

By: _____
    David J. O'Connel

Attorneys for Defendant SUNBEAM PRODUCTS,
INC.

## **ORDER**

IT IS SO ORDERED, pursuant to the Stipulation of the parties, as follows:

1.    The non-expert discovery cut-off is continued to September 15, 2009;

Dated:_June 29, 2009            _/s/ OLIVER W. WANGER_____
                                HON. OLIVER W. WANGER
                                UNTIED STATES DISTRICT JUDGE