1  DOUGLAS K. WOOD (State Bar No. 121804)
   ANDREA BEDNAROVA (State Bar No. 250709)
2  **RUDLOFF WOOD & BARROWS LLP**
   2000 Powell Street, Suite 900
3  Emeryville, CA  94608
   Telephone:   (510) 740-1500
4  Facsimile:   (510) 740-1501

5  Attorneys for Plaintiff STATE FARM
   GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation; and DOES 1 THROUGH 50, all inclusive,<br><br>Defendants. | Case No.  1:08-CV-01171-OWW-DLB<br><br>**STIPULATION TO CONTINUE DISCOVERY AND RELATED DATES ORDER** |

TO THE HONORABLE OLIVER W. WANGER, U.S. DISTRICT COURT JUDGE:

## **STIPULATION**

WHEREAS, Plaintiff STATE GENERAL INSURANCE COMPANY ("STATE FARM") and Defendant, SUNBEAM PRODUCTS., INC. ("SUNBEAM") desire to continue the expert discovery and related dates due to scheduling conflicts of counsel and witnesses.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff STATE FARM and Defendant SUNBEAM hereby stipulate to the following:

1. The discovery cut-off shall be continued to December 21, 2009 in order to complete

---

STIPULATION TO CONTINUE DISCOVERY AND RELATED DATES; ORDER  -  CASE NO. 1:08-CV-01171-OWW-DLB                                                                  -1-

PDF created with pdfFactory trial version www.pdffactory.com

the depositions of expert witnesses and the exchange of expert files and related documents;

2. All expert files and other documents specified by the party deposing a designated expert shall be provided to the deposing party no later than on November 27, 2009;

3. The settlement conference currently scheduled for November 24, 2009 shall be rescheduled for a date after January 15, 2010;

4. The last day to file discovery related motions shall be continued to January 15, 2010;

5. The last date to file dispositive motions shall be continued to January 15, 2010;

6. The last date for hearing on all discovery related motions shall be continued to February 19, 2010;

7. The last date for hearing on all dispositive motions shall be continued to February 19, 2010;

8. All other deadlines remain unchanged.

Respectfully submitted,

DATED: November 13, 2009      **RUDLOFF WOOD & BARROWS LLP**

By:__/s/__Douglas K. Wood_____
      Douglas K. Wood

Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY

DATED: November 13, 2009      **ERICKSEN ARBUTHNOT KILDUFF**

By:__/s/__David J. O'Connel_____
      David J. O'Connel

Attorneys for Defendant SUNBEAM PRODUCTS, INC.

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS SO ORDERED, pursuant to the Stipulation of the parties, as follows:

1. The discovery cut-off is continued to December 21, 2009;
2. All expert files and other documents specified by the party deposing a designated expert shall be provided to the deposing party no later than on November 27, 2009;
3. The settlement conference shall be rescheduled for January 5, 2010 at 10:00AM before Magistrate Judge Beck;
4. The last day to file discovery related motions is continued to January 15, 2010;
5. The last date to file dispositive motions is continued to January 15, 2010;
6. The last date for hearing on all discovery related motions is continued to February 19, 2010;
7. The last date for hearing on all dispositive motions is continued to February 19, 2010;
8. All other deadlines remain unchanged.

Dated: November 16, 2009         /s/ OLIVER W. WANGER
                                 HON. OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE