DOUGLAS K. WOOD (State Bar No. 121804)
ANDREA BEDNAROVA (State Bar No. 250709)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501

Attorneys for Plaintiff STATE FARM
GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation; and DOES 1 THROUGH 50, all inclusive,<br><br>Defendants. | Case No.  1:08-CV-01171-OWW-DLB<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE AND TIME OF HEARING; ORDER**<br><br>Complaint Filed:<br>Trial Date: |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

### STIPULATION

Plaintiff STATE GENERAL INSURANCE COMPANY ("State Farm"), by and through its attorneys of record, Rudloff Wood & Barrows LLP, and Defendant, SUNBEAM PRODUCTS., INC. ("Sunbeam"), by and through its attorneys of record, Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, desire to change the date of the hearing regarding Sunbeam's Motion to Strike Plaintiff's Untimely Expert Disclosure and Reports ("Motion to Strike") due to scheduling conflicts of counsel.

WHEREAS, the hearing on Sunbeam's Motion to Strike is presently set for December 11, 2009 at 9:00 a.m. in Courtroom 9 of the above-entitled court, and, before

Magistrate Judge Dennis L. Beck; and

WHEREAS, it is the desire of the parties that the hearing on the Motion to Strike be heard on December 10, 2009 at 10:00 a.m. in Courtroom 9 of the above-entitled court, before Magistrate Judge Dennis L. Beck;

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff State Farm and Defendant Sunbeam hereby stipulate to the following:

The Hearing on Sunbeam's Motion to Strike currently scheduled for December 11, 2009 shall be rescheduled to December 10, 2009 at 10:00 a.m. in Courtroom 9 of the above-entitled court, and, before Magistrate Judge Dennis L.Beck.

Respectfully submitted,

DATED: November 13, 2009          **RUDLOFF WOOD & BARROWS LLP**

By: __/s/ _Andrea Bednarova_____
     Andrea Bednarova

Attorneys for Plaintiff STATE FARM
GENERAL INSURANCE COMPANY

DATED: November 13, 2009          ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM

By: __/s/ _David J. O'Connel_____
     David J. O'Connel

Attorneys for Defendant SUNBEAM
PRODUCTS, INC.

### **ORDER**

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

The Hearing on Sunbeam's Motion to Strike Plaintiff's Untimely Expert Disclosure and Reports currently scheduled for December 11, 2009 shall be rescheduled to December

10, 2009 at 10:00 a.m. in Courtroom 9 of the above-entitled court, and, before Magistrate Judge.

IT IS SO ORDERED.

Dated: **November 16, 2009**          /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**STIPULATED REQUEST FOR ORDER CHANGING DATE AND TIME OF HEARING; [PROPOSED] ORDER** -    CASE NO. 1:08-CV-01171-OWW-DLB    -3-