## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNBEAM PRODUCTS, INC., a Delaware Corporation; and DOES 1 through 50, all inclusive,<br><br>    Defendants. | **Case No. 1:08-CV-01171-OWW-DLB** |

### ORDER

THIS CAUSE coming to be heard on Motion of Defendant, SUNBEAM PRODUCTS, INC., due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED: That Defendant's Motion is granted; Attorney James M. Rozak is admitted *pro hac vice* as co-counsel for SUNBEAM PRODUCTS, INC., instanter.

DATED: 8 December 2009          ENTERED: /s/ Dennis L. Beck
                                           U.S. MAGISTRATE JUDGE

James M. Rozak - 6205847
WIEDNER & McAULIFFE, LTD.
One North Franklin, Suite 1900
Chicago, Illinois  60606
(312) 855-1105