DOUGLAS K. WOOD (State Bar No. 121804)
ANDREA BEDNAROVA (State Bar No. 250709)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501

Attorneys for Plaintiff STATE FARM GENERAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation; and DOES 1 THROUGH 50, all inclusive,<br><br>Defendants. | Case No.  1:08-CV-01171-OWW-DLB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL AND ORDER**<br><br>Complaint filed:   6/28/2008<br>Trial Date:            4/20/2010 |

   1.     WHEREAS, Plaintiff State Farm filed a Notice of Settlement with this Court on December 16, 2009;

   2.     WHEREAS, the Parties to this action are in the process of reviewing and revising a settlement agreement and release, but are unable to complete that process within 20 days of filing the Notice of Settlement, in accordance with Local Rule 16-160; and

   3.     WHEREAS, the Parties are in agreement to extend the time to submit appropriate "dispositional documents" pursuant to Local Rule 16-160 in order to complete the review, revision and approval of the proposed settlement agreement and release.

   4.     WHEREAS, the Parties request that this Court extend the time to submit appropriate "dispositional documents" pursuant to Local Rule 16-160 by forty-five (45) days.

STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL AND ORDER
CASE NO. 1:08-CV-01171-OWW-DLB                                                                                                          -1-

PDF created with pdfFactory trial version www.pdffactory.com

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff State Farm General Insurance Company and Defendant Sunbeam Products, Inc. hereby stipulate to the following:

1. The time to submit a Stipulation and Order of Dismissal of this matter is extended 45 days or until February 19, 2010.

DATED: January 4, 2010          **RUDLOFF WOOD & BARROWS LLP**

By: /s/ DOUGLAS K. WOOD
_____
Douglas K. Wood

Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY

DATED: January 5, 2010          **WIEDNER & McAULIFFE, LTD.**

By: /s/ JAMES M. ROZAK
_____
James M. Rozak

Attorneys for Defendant SUNBEAM PRODUCTS, INC.,

**ORDER**

The Court has considered the above stipulation and, IT IS SO ORDERED.

DATED: ____January 6, 2010          /s/ OLIVER W. WANGER_____
The Honorable Oliver W. Wanger

STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL AND ORDER
CASE NO. 1:08-CV-01171-OWW-DLB                                                                                      -2-

PDF created with pdfFactory trial version www.pdffactory.com