DOUGLAS K. WOOD (State Bar No. 121804)
ANDREA BEDNAROVA (State Bar No. 250709)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Plaintiff STATE FARM GENERAL
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC., a Delaware corporation; and DOES 1 THROUGH 50, all inclusive,<br><br>Defendants. | Case No. 1:08-CV-01171-OWW-DLB<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint filed: 6/28/2008<br>Trial Date: 4/20/2010 |

1. WHEREAS, Plaintiff State Farm General Insurance Company ("State Farm") has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

2. WHEREAS, the Parties to this action have executed a Settlement Agreement and General Release In Full; and

3. WHEREAS, the Parties to this action agree that each side is to bear its own costs and attorneys' fees in this matter;

///

///

---

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 1:08-CV-01171-OWW-DLB -1-

PDF created with pdfFactory trial version www.pdffactory.com

4. The Parties to this action agree, through their respective attorneys, that Plaintiff State Farm dismiss this action in its entirety, with prejudice, each side bearing its own costs.

DATED: February 1, 2010  **RUDLOFF WOOD & BARROWS LLP**

By: /s/_____
    Andrea Bednarova
Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY

DATED: February 1, 2010  **WIEDNER & McAULIFFE, LTD.**

By: /s/_____
    James M. Rozak

Attorneys for Defendant SUNBEAM PRODUCTS, INC.,

### ORDER

The Court has considered the above stipulation and, IT IS SO ORDERED.

DATED: _February 9, 2010  /s/ OLIVER W. WANGER___
The Honorable Oliver W. Wanger

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 1:08-CV-01171-OWW-DLB  -2-

PDF created with pdfFactory trial version www.pdffactory.com